IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERRY LOVELACE MARTIN, JR., | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00527 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| JUDGE CHARLES STRAUSS, *et al.*, | ) | United States District Judge |
|     Defendants. | ) | |

## FINAL ORDER

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that this action is DISMISSED without prejudice pursuant to 28 U.S.C. §1915A(b)(1), and the case is STRICKEN from the active docket of the court.

The Clerk shall provide a copy of this order and the memorandum opinion to plaintiff.

Entered: October 28, 2015.

*Elizabeth K. Dillon*
United States District Judge